√#105    # 128907

UNITED STATES BANKRUPTCY COURT FOR FILED
THE NORTHERN DISTRICT OF OHIO

2010 SEP 24 PM 3:08

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: GADWAY, RANDALL R., SR    Case No. 09-38777
GADWAY, BRINDA G

Judge RICHARD L SPEER

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Promedica Physicians Corp | PO Box 2804<br>Toledo, OH 43606 | $4.53 |
| City of Toledo | Department of Public Utilities<br>420 Madison Ave, Suite 100<br>Toledo, OH 43667-0001 | $0.97 |

Check #105 for $5.50 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 9/23/10

cc: Office of the U.S. Trustee